No. 850.  CAPITAL SAVINGS BANK & TRUST COMPANY, PETITIONER, *v.* INHABITANTS OF THE TOWN OF FRAMINGHAM.  March 11, 1918.  Petition for a writ of certiorari to the United States Circuit Court of Appeals, for the First Circuit denied.  *Mr. Charles F. Choate, Jr.,* and *Mr. Samuel E. Swayze* for petitioner.  *Mr. Alfred Hemenway* and *Mr. Edwin H. Abbot, Jr.,* for respondents.

No. 854.  CHICAGO, ROCK ISLAND & PACIFIC RAILWAY COMPANY, PETITIONER, *v.* L. J. RAY, ADMINISTRATRIX, ETC.  March 11, 1918.  Petition for a writ of certiorari to the Supreme Court of the State of Oklahoma denied.  *Mr. R. J. Roberts, Mr. M. L. Bell, Mr. Thomas P. Littlepage,* and *Mr. Sidney F. Taliaferro* for petitioner.  No appearance for respondent.

No. 855.  McCLINTIC-MARSHALL CONSTRUCTION COMPANY, PETITIONER, *v.* ELNORA FORGY.  March 11, 1918.  Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Eighth Circuit denied.  *Mr. O. H. Dean, Mr. W. D. McLeod* and *Mr. H. M. Langworthy* for petitioner.  *Mr. Daniel V. Howell* for respondent.

No. 867.  HAMBURG - AMERIKANISCHE - PACKETFAHRT AKTIEN-GESELLSCHAFT, ETC., ET AL., PETITIONERS, *v.* UNITED STATES.  March 11, 1918.  Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Second Circuit denied.  *Mr. Walter C. Noyes* for petitioners.  *The Solicitor General* and *Mr. Assistant Attorney General Warren* for the United States.